IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

(ORIGINAL Pg 1)

ROBERT THOMAS JENKINS           PLAINTIFF

v.           CIVIL ACTION No. 05-2163

UNITED STATES OF AMERICA, et, al.

RECEIVED
DEC 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL

    COMES NOW THE PLAINTIFF, PRO SE, IN THE ABOVE STYLED "NOTICE OF APPEAL" DIRECTING THIS ACTION TO THE DISTRICT OF COLUMBIA COURT OF APPEALS.

    PLAINTIFF'S CLAIMS ARE SUPPORTED BY FEDERAL RECORDS PROVING THAT A KNOWING & WILLFUL CONSPIRACY TO UNDERMINE HIS CIVIL & CONSTITUTIONAL RIGHTS HAVE BEEN PERPETRATED BY GOVERNMENT OFFICIALS RESULTING IN PLAINTIFF'S ILLEGAL INCARCERATION FOR <u>OVER A DECADE</u>.

    THE PLAINTIFF HEREBY QUESTIONS THE CONSTITUTIONALITY OF "ABSOLUTE IMMUNITY" APPLYING TO FEDERALLY EMPLOYED INDIVIDUALS REGARDLESS OF JOB DESCRIPTION, WHEN PROVEN & RECORDED ILLEGALITIES ARE BEING ACCOMPLISHED WHICH EFFECT THE <u>LIFE AND LIBERTIES OF AMERICANS WITHOUT ANY POSSIBILITY OF RAMIFICATIONS BY U.S. APPEALS COURTS OR THE U.S. SUPREME COURT</u>. (EMPHASIS ADDED)

    THE PLAINTIFF IS NOT SUEING THESE JUDGES, PER SE, BUT THE UNITED STATES OF AMERICA FOR APPOINTING

(CONT'D. PG 2)

(ORIGINAL PG 2)

R.T.J.

AND KNOWINGLY ALLOWING THESE FEDERAL EMPLOYEES TO VIOLATE THE U.S. CONSTITUTION AND LAWS OF THE UNITED STATES.

PLAINTIFF'S CLAIMS IN CIVIL ACTION NO. 05-2163 ARE PROVEN BY FEDERAL COURT DOCUMENTATION THAT CORRUPTION, IN THE FORM OF FLAGRANT DUE PROCESS, EQUAL PROTECTION OF LAW, AND KIDNAPPING A CRIMINAL DEFENDANT PRIOR TO FEDERAL TRIAL, (I.A.D.) WAS ACCOMPLISHED BY FEDERAL AUTHORITIES OVER A DECADE AGO, AND IGNORED BY THE U.S. DISTRICT COURT, THE SIXTH CIRCUIT COURT OF APPEALS, AND MOST RECENTLY BY THE U.S. SUPREME COURT.

THE PLAINTIFF HEREBY APPEALS THIS COURT'S APPARENT FRIVOLOUS DENIAL IN AN EFFORT TO "DOWNPLAY" THESE ILLEGAL ACTS COMMITTED BY ASSOCIATE FEDERAL EMPLOYEES, WHICH ARE WRONGFULLY PROTECTED BY ABSOLUTE IMMUNITY WHICH JUDGES THEMSELVES INVOKED TO PROTECT EACH OTHER.

SEVERAL STATES ARE CURRENTLY CHALLENGING THIS ABSOLUTE IMMUNITY STATUS, AND BASED ON THE DOCUMENTATION IN SUPPORT OF MY FEDERAL OFFICER CONSPIRACY/CORRUPTION CLAIM, THIS CIVIL ACTION SHOULD BE HEARD BASED ON THE MERITS.

SINCERELY & RESPECTFULLY

Robert T. Jenkins

DONE THIS THE 5TH DAY OF DECEMBER, 2005.