# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT THOMAS JENKINS | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2163 |
| | ) | (EGS) |
| | ) | |
| UNITED STATES GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis. The Court has determined that *pro se* plaintiff, Robert Thomas Jenkins, is indigent and is unable to pay the court fees associated with filing an appeal to the United States Court of Appeals for the District of Columbia. Accordingly, it is

**ORDERED** that Mr. Jenkins be allowed to proceed *in forma pauperis*; and it is

**FURTHER ORDERED** that court fees related to the appeal of the above-captioned case be waived; and it is

**FURTHER ORDERED** that the Clerk of the United States District Court for the District of Columbia is to transmit a copy of this Order to the plaintiff, the defendant, and the Clerk of the United States Court of Appeals for the District of Columbia

1

**SO ORDERED.**

2/6/06
_____
Date

_____
United States District Judge

2