# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT



**No. 05-5472**  **September Term, 2005**

05cv02163-UNA

Filed On:

Robert Thomas Jenkins,
    Appellant

v.

United States of America,
    Appellee



## ORDER

Upon consideration of the motion for leave to proceed on appeal in forma pauperis received from appellant on January 6, 2006, it is

**ORDERED**, on the court's own motion, that appellant's motion for leave to proceed on appeal in forma pauperis be referred to the United States District Court for the District of Columbia for consideration in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending resolution by the district court of appellant's motion.

The Clerk is directed to transmit a copy of this order, along with the **original of appellant's motion**, to the district court. The district court is directed to notify this court immediately upon disposition of appellant's motion.

FOR THE COURT:
Mark J. Langer, Clerk

BY: Elizabeth V. Scott
Deputy Clerk